IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony J. Casale, M.D., | : | |
| Plaintiff | : | Civil Action 2:11-cv-01124 |
| v. | : | Judge Watson |
| Nationwide Children's Hospital, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

The parties' September 4, 2012 joint motion to vacate the Settlement Week mediation set for September 11, 2012 (doc. 21) is GRANTED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Mary Beth Foley, Ohio Police & Fire Pension Fund, General Counsel, 140 East Town Street, Columbus Ohio 43215.

s/ Mark R. Abel
United States Magistrate Judge