IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony J. Casale, M.D., | : | |
| Plaintiff | : | Civil Action 2:11-cv-01124 |
| v. | : | Judge Watson |
| Nationwide Children's Hospital, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

The parties' November 16, 2012 joint motion to modify the case schedule (doc. 26) is GRANTED. All discovery must be completed by March 21, 2013, and dispositive motions must be filed on or before April 30, 2012.

The parties' November 16, 2012 joint motion to vacate the settlement week mediation set for December 11, 2012 (doc. 27) is GRANTED.  The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, John Burtch, 65 E. State Street, Ste. 2100, Columbus, Ohio 43215.

s/Mark R. Abel
United States Magistrate Judge