IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony J. Casale, M.D., | : | |
| Plaintiff | : | Civil Action 2:11-cv-01124 |
| v. | : | Judge Watson |
| Nationwide Children's Hospital, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Plaintiff Anthony J. Casale, M.D.'s May 28, 2013 motion for a two-day extension of time in which to respond to defendant's motion for a summary judgment (doc. 35) is GRANTED. Defendant Nationwide Children's Hospital May 23, 2013 motion to strike (doc. 33) is DENIED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge